IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STACY TERRY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) Case. No. 2:24-cv-00727-RAH |
| v. | ) |
| | ) |
| JOSEPH AARON DESAUTELS, | ) |
| *et al.*, | ) |
| | ) |
|    Defendants. | ) |

# **ORDER**

On July 24, 2025, the Magistrate Judge entered a Recommendation (doc. 40) to grant the Defendants' Motions to Dismiss (*see* doc. 9; doc. 23). The Magistrate Judge also recommended (doc. 41) that Plaintiff's Entry of a Motion for Default Judgment (doc. 15) be denied. Plaintiff did not file any objections to either recommendation.[1]  After an independent review of the file and upon consideration of the Recommendations, it is **ORDERED** that:

1.    The Recommendation (doc. 40) of the Magistrate Judge concerning the Motions to Dismiss (*see* doc. 9; doc. 23) filed by Defendants Joseph Aaron Desautels, Brook Shultz Watts and Jessica Hope Rollins is **ADOPTED**;

2.    The Recommendation (doc. 41) of the Magistrate Judge concerning Plaintiff's Entry of a Motion for Default Judgment (doc. 15) is **ADOPTED**;

---

[1] Plaintiff did file a Motion to Recuse (doc. 42) the undersigned on July 25, 2025. The motion related to a separate lawsuit filed by Plaintiff against different defendants concerning a different set of events. The motion raised no objections to the pending recommendations or referenced the allegations made in this case concerning the Defendants. The motion was denied on July 28, 2025. (*See* doc. 43.)

    3.    The Motions to Dismiss (doc. 9 and doc. 23) are **GRANTED**;

    4.    Plaintiff's Entry of a Motion for Default Judgment (doc. 15) is **DENIED**;

    5.    This case is **DISMISSED without prejudice**; and

    6.    A separate Final Judgment will be entered in accordance with this order.

**DONE** and **ORDERED** on this the 14th day of August 2025.

_/s/ R. Austin Huffaker, Jr._
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE